**STATE of Missouri, Respondent,**

v.

**Kent Cory LANCE, Appellant.**

### No. WD 43470.

Missouri Court of Appeals, Western District.

April 23, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied July 23, 1991.

Kenneth I. Grissinger, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, and from sentence of three years imprisonment imposed pursuant to persistent offender provisions of § 577.023, RSMo 1986.

Judgment affirmed. Rule 30.25(b).